UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

In re:

KENYON KELLY

_____

JAMES J. O'HAGEN,

        Appellant,

  v.

NORTHWEST FARM CREDIT SERVICES FCLA,

        Appellee.

CASE NO. C12-6007 BHS

ORDER DISMISSING APPEAL

This matter comes before the Court on review of the file.

On April 3, 2013, the Clerk issued a briefing schedule requiring Appellant to file an opening brief May 13, 2013. Dkt. 10. As of the date of this order, no brief has been filed. Therefore, the Court dismisses this appeal for failure to prosecute.

**IT IS SO ORDERED**.

Dated this 2nd day of July, 2013.

                                      BENJAMIN H. SETTLE
                                      United States District Judge

ORDER